**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| CODY BUTZ,<br><br>        Plaintiff,<br><br>v.<br><br><br>EQUIFAX, INC.,<br><br>        Defendant. | Case No.: 1:25-cv-02798<br><br>**NOTICE OF SETTLEMENT AS TO**<br>**DEFENDANT, EQUIFAX, INC.** |

**NOTICE IS HEREBY GIVEN** that Plaintiff, Cody Butz ("Plaintiff"), and Defendant, Equifax, Inc., ("EQUIFAX"), have reached a settlement in the above-captioned action. Plaintiff expects to file a Notice of Dismissal as to EQUIFAX once settlement documents have been exchanged and executed. Therefore, Plaintiff respectfully requests sixty (60) days to complete the settlement documents and notify this honorable Court of dismissal.

RESPECTFULLY SUBMITTED,

Dated: 09/24/2025

By:   */s/ Mark A. Carey*
Mark A. Carey, Esq.
**Law Offices of Mark A. Carey, P.C.**
500 Roswell Rd. Ste Bldg C
Sandy Springs, GA 30342
P: (716) 853-9243
E: markcareylaw@ymail.com
**Attorneys for Plaintiff,**
**Cody Butz**

## <u>CERTIFICATE OF SERVICE</u>

I certify that on 09/24/2025, I served Plaintiff Cody Butz's Notice of Settlement using the CM/ECF system, which will provide an auto-generated notice to all counsel of record.

By:   */s/ Mark A. Carey*
      Mark A. Carey, Esq.
      **Law Offices of Mark A. Carey, P.C.**
      500 Roswell Rd. Ste Bldg C
      Sandy Springs, GA 30342
      P: (716) 853-9243
      E: markcareylaw@ymail.com
      **Attorneys for Plaintiff,**
      **Cody Butz**