# THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| CODY BUTZ,<br><br>     Plaintiff,<br><br>v.<br><br>EQUIFAX INFORMATION SERVICES, LLC,<br><br>     Defendant. | 1:25-cv-02798-SEG-LTW<br><br>**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT, EQUIFAX INFORMATION SERVICES, LLC** |

Plaintiff, CODY BUTZ ("Plaintiff"), and Defendant, EQUIFAX INFORMATION SERVICES, LLC ("EQUIFAX"), pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby stipulate to the dismissal of Plaintiff's claims against Defendant, in this action with prejudice, with each party to bear their owns costs and attorneys' fees.

RESPECTFULLY SUBMITTED,

Dated: March 16, 2026    By:    */s/ Mark A. Carey*
    Mark A. Carey
    Law Offices of Mark A. Carey, P.C.
    5600 Roswell Rd., Ste Bldg. C
    Sandy Springs, GA 30342
    P: (716) 853-9243
    E: markcareylaw@ymail.com

    Attorneys for Plaintiff,
    Cody Butz

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT, EQUIFAX INFORMATION SERVICES, LLC**

Dated: March 16, 2026          By:          */s/ Carley Thompson*
Carley Thompson
Georgia Bar No. 208463
Carley.Thompson@equifax.com
Legal Counsel - Litigation
Equifax Legal Department
1550 Peachtree Street
Atlanta, Georgia 30309
404-326-2679

Attorneys for Defendant,
EQUIFAX, LLC, *named as Equifax*
*Information Services, LLC*

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE AS TO**
**DEFENDANT, EQUIFAX INFORMATION SERVICES, LLC**

## CERTIFICATE OF SERVICE

I certify that on March 16, 2026, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which automatically gives notice to all counsel of record.

By:    */s/ Mark A. Carey*
       Mark A. Carey

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT, EQUIFAX INFORMATION SERVICES, LLC**